1  J. MICHAEL MATTHEWS (Bar No.: 71848)
   CARLSON, CALLADINE & PETERSON LLP
2  353 Sacramento Street, 16th Floor
   San Francisco, CA 94111
3  Telephone: (415) 391-3911
   Facsimile:  (415) 391-3898
4
   Attorneys for Defendants DAVID KRUEGER,
5  KRUEGER BROS. BUILDERS, INC.,
   A California Corporation and KRUEGER BROS.
6  BUILDERS, INC. EMPLOYEES DEFINED
   BENEFIT PLAN
7

8

9                    UNITED STATE DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN MONRAD,                     ) Civil Action No.:  4:14-cv-2529 KAW
                                       )
13              Plaintiff,             )
                                       ) **STIPULATION AND [PROPOSED]**
14  v.                                 ) **ORDER: 1) EXTENDING DEFENDANTS'**
                                       ) **TIME TO FILE RESPONSIVE**
15                                     ) **PLEADINGS; AND 2) CONTINUING THE**
    DAVID KRUEGER, KRUEGER BROS.       ) **INITIAL CASE MANAGEMENT**
16  BUILDERS, INC., A California       ) **CONFERENCE**
    Corporation, and KRUEGER BROS.     )
17  BUILDERS, INC. EMPLOYEES           )
    DEFINED  BENEFIT PLAN,             )
18                                     )
                Defendants.            )
19                                     )

20

21       Plaintiff STEVEN MONRAD has brought this action alleging ERISA violations and

22  seeking various remedies.  Counsel for Plaintiff and counsel for Defendants David Krueger *et. al.*

23  have cooperatively begun the "meet and confer" process mandated by Local Rules, and are

24  exchanging documents that will allow each side to evaluate the claims and defenses.    Their

25  efforts will be complicated by the travel plans of Plaintiff's lead counsel, who will be out of the

26  country for three weeks during the month of July, 2014.  Accordingly, they stipulate to the

27  following, and ask that the Court enter its order as follows:

28       1. Defendants' time to file pleadings responsive to the Complaint in this action may be

and hereby is extended from June 23, 2014 to July 23, 2014; and

2. The Initial Case Management Conference, set for September 2, 2014, in Courtroom 4, 3rd Floor, of this Court, is continued approximately thirty days to __10/7/14__, at __1:30 pm__, in Courtroom 4, 3rd Floor, of this Court. The deadline for the parties to meet and confer re: initial disclosures, early settlement, and discovery plan is continued to twenty-eight (28) days before the new CMC date, and the last day for the parties to file their Rule 26(f) Report, complete initial disclosures and file Case Management Statement is continued until fourteen (14) days before the new CMC date.

For Plaintiff:

DATED:  June 25, 2014                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.


By ____/s/ Daniel Feinberg_____
DANIEL FEINBBERG
Attorneys for Plaintiff STEVEN MONRAD

For Defendants:

DATED:  June 25, 2014                    CARLSON, CALLADINE & PETERSON LLP


By ____/s/ J. Michael Matthews_____
J. MICHAEL MATTHEWS
Attorneys for Defendants DAVID KRUEGER,
KRUEGER BROS. BUILDERS, INC.,
KRUEGER BROS. BUILDERS, INC.
EMPLOYEES DEFINED BENEFIT PLAN

IT IS SO ORDERED; THE CMC IS CONTINUED AS INDICATED ABOVE.

DATED: 6/24/14                              _____
HON. KANDIS A. WESTMORE
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

Civil Action No. 4:14-cv-2529 KAW

STIPULATION AND [PROPOSED] ORDER