Daniel Feinberg (State Bar No. 135983)
Magdalena Guadalupe (State Bar No.288432)
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: dfeinberg@lewisfeinberg.com
        mguadalupe@lewisfeiberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STEVEN MONRAD,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRUEGER BROS. BUILDERS, INC.<br>EMPLOYEES DEFINED BENEFIT<br>PENSION PLAN, KRUEGER BROS.<br>BUILDERS, INC. & DAVID KRUEGER<br><br>                    Defendants. | Case No.  14-cv-2529 KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Plaintiff STEVEN MONRAD ("Plaintiff") and Defendants KRUEGER BROS.

BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS.

BUILDERS, INC & DAVID KRUEGER ("Defendants"), through their respective counsel,

hereby stipulate and agree as follows:

    WHEREAS, the Initial Case Management Conference is currently scheduled for October

7, 2013 at 1:30 p.m.;

1    WHEREAS, the parties are exchanging documents and information for the purpose of

2    settlement negotiations;

3    WHEREAS, the parties also need to consult with actuaries for calculations regarding the

4    value of Plaintiff's claim for additional pension benefits; and

5    WHEREAS, the parties need additional time to determine whether their negotiations will

6    conclude in a settlement;

7    THEREFORE, the parties request that the Court continue the Initial Case Management

8    Conference until November 11, 2014 at 1:30 p.m.

9    Counsel for all parties have given consent for their electronic signatures below.

10

11   Dated: September 8, 2014                    _____/s/_____

12                                              NANCY L. OBER
                                               LITTLER MENDELSON, P.C.
13                                              Attorneys for Defendants
                                               KRUEGER BROS. BUILDERS, INC.
14                                              EMPLOYEES DEFINED BENEFIT
                                               PENSION PLAN, KRUEGER BROS.
15                                              BUILDERS, INC & DAVID KRUEGER

16

17

18   Dated:  September 8, 2014                   _____/s/_____

19                                              J. MICHAEL MATTHEWS
                                               CARLSON, CALLADINE & PETERSON
20                                              LLP
                                               Attorneys for Defendants
21                                              KRUEGER BROS. BUILDERS, INC.
                                               EMPLOYEES DEFINED BENEFIT
22                                              PENSION PLAN, KRUEGER BROS.
                                               BUILDERS, INC & DAVID KRUEGER
23

24

25   Dated:  September 8, 2014                   _____/s/_____

26                                              DANIEL FEINBERG
                                               LEWIS, FEINBERG, LEE, RENAKER &
27                                              JACKSON, P.C.
                                               Attorneys for Plaintiff
28                                              STEVEN MONRAD

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the stipulation of the parties, IT IS SO ORDERED that the Initial Case

3    Management Conference currently set for October 7, 2014 is continued until November 18, 2014

4    at 1:30 p.m.

5

6    Dated:  September 8, 2014                              _____

7                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28