1  Daniel Feinberg (State Bar No. 135983)
2  LEWIS, FEINBERG, LEE,
   RENAKER & JACKSON, P.C.
3  476 9th Street
   Oakland, CA 94607
4  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
5  E-mail: dfeinberg@lewisfeinberg.com

6
   *Attorneys for Plaintiff*
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO/OAKLAND DIVISION
11

12
   STEVEN MONRAD,                          Case No.  14-CV-2529 KAW
13
                                           **STIPULATION AND [PROPOSED]**
14         Plaintiff,                      **ORDER RE: EARLY SETTLEMENT**
                                           **CONFERENCE**
15         v.

16 KRUEGER BROS. BUILDERS, INC.
   EMPLOYEES DEFINED BENEFIT
17 PENSION PLAN, KRUEGER BROS.
   BUILDERS, INC. & DAVID KRUEGER
18
19         Defendants.

20

21
22         Plaintiff STEVEN MONRAD ("Plaintiff") and Defendants KRUEGER BROS.
23 BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS.
24 BUILDERS, INC & DAVID KRUEGER ("Defendants"), through their respective counsel,
25 hereby stipulate and agree as follows:
26         WHEREAS the parties have participated in an ADR Phone Conference with Howard
27 Herman, Director of the Northern District's ADR Program;
28         WHEREAS Mr. Herman informed the parties that he would recommend that this case be

referred to a Magistrate Judge for an Early Settlement Conference; and

WHEREAS the parties request a referral to Magistrate Judge Joseph C. Spero;

THEREFORE, the parties request that the Court refer this case to Magistrate Judge Joseph C. Spero for an Early Settlement Conference.

Counsel for all parties have given consent for their electronic signatures below.

Dated:  December 29, 2014                                /s/
                                                                                    J. MICHAEL MATTHEWS
                                                                                    CARLSON, CALLADINE & PETERSON LLP
                                                                                    Attorneys for Defendants
                                                                                    KRUEGER BROS. BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS. BUILDERS, INC & DAVID KRUEGER

Dated:  December 29, 2014                                /s/
                                                                                    DANIEL FEINBERG
                                                                                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                                                                                    Attorneys for Plaintiff
                                                                                    STEVEN MONRAD

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED that this case is referred to Magistrate Judge Joseph C. Spero for an Early Settlement Conference.

Dated: ~~December ___, 2014~~ January 5, 2015

_____
UNITED STATES MAGISTRATE JUDGE