1  Daniel Feinberg (State Bar No. 135983)
2  Magdalena Guadalupe (State Bar No.288432)
   LEWIS, FEINBERG, LEE,
3  RENAKER & JACKSON, P.C.
   476 9th Street
4  Oakland, CA 94607
   Telephone: (510) 839-6824
5  Facsimile: (510) 839-7839
6  E-mail: dfeinberg@lewisfeinberg.com
             mguadalupe@lewisfeiberg.com
7
8  *Attorneys for Plaintiff*

9
10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO/OAKLAND DIVISION

13

| | |
|---|---|
| 14  STEVEN MONRAD, | Case No.  14-cv-2529 KAW |
| 15               Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 16           v. | |
| 17  KRUEGER BROS. BUILDERS, INC. | |
| 18  EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS. | |
| 19  BUILDERS, INC. & DAVID KRUEGER | |
| 20               Defendants. | |

22
23      Plaintiff STEVEN MONRAD ("Plaintiff") and Defendants KRUEGER BROS.
24  BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS.
25  BUILDERS, INC & DAVID KRUEGER ("Defendants"), through their respective counsel,
26  hereby stipulate and agree as follows:
27      WHEREAS, the Further Case Management Conference is currently scheduled for
28  February 24, 2015 at 1:30 p.m.;

1  WHEREAS, the parties agreed to a settlement at the February 11, 2015 settlement
2 conference with Magistrate Judge Spero (Dkt. 46);

3  WHEREAS, the parties' settlement agreement requires the settlement payment to be
4 made by March 13, 2015; and

5  WHEREAS, the parties will stipulate to a dismissal with prejudice following the
6 settlement payment;

7  THEREFORE, the parties request that the Court continue the Further Case Management
8 Conference until March 24, 2015 at 1:30 p.m. If the settlement is completed by March 13, 2015
9 as required by the parties' agreement, then the parties will file a stipulation of dismissal prior to
10 March 24, 2015.

11  Counsel for all parties have given consent for their electronic signatures below.

Dated:  February 17, 2015          /s/
J. MICHAEL MATTHEWS
CARLSON, CALLADINE & PETERSON LLP
Attorneys for Defendants
KRUEGER BROS. BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS. BUILDERS, INC & DAVID KRUEGER

Dated:  February 17, 2015          /s/
DANIEL FEINBERG
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
Attorneys for Plaintiff
STEVEN MONRAD

Case 4:14-cv-02529-KAW   Document 49   Filed 02/17/15   Page 3 of 3

[**PROPOSED**] **ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED that the Further Case Management Conference currently set for February 24, 2015 is continued until March 24, 2015 at 1:30 p.m.  If the settlement terms are completed prior to March 24, 2015, the parties shall file a stipulation of dismissal and the Further Case Management Conference will be taken off calendar.

Dated:  February 17, 2015

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-2529 KAW
-3-