Daniel Feinberg (State Bar No. 135983)
Linda Lam (State Bar. No. 301461)
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: dfeinberg@lewisfeinberg.com
         llam@lewisfeinberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STEVEN MONRAD,<br><br>            Plaintiff,<br><br>       v.<br><br>KRUEGER BROS. BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS. BUILDERS, INC. & DAVID KRUEGER<br><br>            Defendants. | Case No.  14-CV-2529 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a) and the parties' confidential settlement agreement, Plaintiff Steven Monrad and Defendants Krueger Bros. Builders, Inc. Employees Defined Benefit Pension Plan, Krueger Bros. Builders, Inc. and David Krueger, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice, and no party shall make an application for attorneys' fees or costs.  It is so stipulated.

/ /

/ /

Dated: March 23, 2015 

         /s/
J. MICHAEL MATTHEWS
CARLSON, CALLADINE & PETERSON LLP
Attorneys for Defendants
KRUEGER BROS. BUILDERS, INC. EMPLOYEES DEFINED BENEFIT PENSION PLAN, KRUEGER BROS. BUILDERS, INC & DAVID KRUEGER

Dated: March 23, 2015

         /s/
DANIEL FEINBERG
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
Attorneys for Plaintiff
STEVEN MONRAD

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the above-captioned action is HEREBY DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __3/20__, 2015

_Kandis Westmore_

The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE